NUMBER 13-08-00663-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG 
______________________________________________________________
 
SAN BENITO ECONOMIC DEVELOPMENT 
CORPORATION,                                                                           Appellant,

v.

CHRISTOPHER HAMBY AND H20 
CONSTRUCTION, INC.,                                                              Appellees. 
_____________________________________________________________

On appeal from the 103rd District Court 
of Cameron County, Texas.
______________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Benavides and Vela Memorandum Opinion Per Curiam

          Appellant, San Benito Economic Development Corporation, perfected an appeal
from a judgment entered by the 103rd District Court of Cameron County, Texas, in cause
number 2007-01-0026-D. The parties have filed a joint motion to dismiss with prejudice
on grounds that all matters in controversy between them in this cause have been fully
compromised and settled. The parties request that this Court dismiss this case with
prejudice to each party re-filing the same or any part thereof. 
          The Court, having considered the documents on file and the joint motion to dismiss
with prejudice, is of the opinion that the motion should be granted. See Tex. R. App. P.
42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED
WITH PREJUDICE. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the appellant."). Having
dismissed the appeal at the parties’ request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.
                                                                                                               PER CURIAM
Delivered and filed the
4th day of March, 2010.